**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYPRESS MEDIA, LLC, d/b/a ) <br> BELLEVILLE NEWS-DEMOCRAT, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 07-cv-672-JPG-DGW <br><br> Judge Gilbert <br><br> Magistrate Judge Wilkerson |

## CONSENT DECREE

### THE LITIGATION

1.  Plaintiff United States Equal Employment Opportunity Commission ("EEOC") filed this action alleging that Defendant Cypress Media, LLC ("Cypress"), violated Title I of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12112(a) and (b). Cypress filed an answer denying the allegations and asserting several defenses. Neither party admits the claims or defenses raised by the other party in this action.

2.  In the interest of resolving this matter, and as a result of having engaged in comprehensive settlement negotiations, the parties have agreed that this action should be resolved finally by entry of this Consent Decree ("Decree").

3.  This Decree fully and finally resolves any and all issues and claims arising out of the Amended Complaint filed by the EEOC.

### FINDINGS

4.  Having carefully examined the terms and provisions of this Decree, and based on

1

the pleadings, record, and stipulations of the parties, the Court finds the following:

      a.      This Court has jurisdiction of the subject matter of this action and of the parties.

      b.      The terms of this Decree are adequate, fair, reasonable, equitable, and just. The rights of the EEOC, Cypress, the Charging Party, and the public interest are adequately protected by this Decree.

      c.      This Decree conforms to the Federal Rules of Civil Procedure and the ADA and is not in derogation of the rights or privileges of any person. The entry of this Decree will further the objectives of the ADA and will be in the best interests of the parties, the Charging Party, and the public.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

<u>INJUNCTION AGAINST EMPLOYMENT DISCRIMINATION</u>

5.      Cypress and its officers, agents, employees, successors, and assigns are hereby enjoined from engaging in: (i) any practice prohibited by Titles I and V of the ADA; and (ii) any form of retaliation against any person because such person has asserted any rights under this Decree.

<u>MONETARY RELIEF</u>

6.      Subject to the terms and conditions of this Decree, Cypress shall make payments ("Payments") to the Charging Party in the following amounts, with appropriate deductions made from the portion of the Payments designated as backpay:

      backpay — $15,000,      damages — $15,000

The portion of the Payments designated as backpay will be subject to required tax withholdings and deductions, for which Cypress will issue an IRS Form W-2 to the Charging

Party. Cypress may not deduct the employer's portion of applicable payroll taxes from the Payments. Cypress will issue an IRS Form 1099 to the Charging Party for the portion of the Payments designated as damages.

7. No later than fourteen (14) business days after entry of this Decree and receipt by Cypress of a copy of the Release Agreement executed by the Charging Party (in the form set forth in Exhibit A to this Decree), whichever is later, Cypress shall issue and mail to the Charging Party, by certified mail, a check for backpay and a check for damages, in the amounts specified in Paragraph 6 (less required tax withholdings and deductions). Contemporaneously, Cypress shall submit copies of the above-noted checks to the EEOC. If any portion of the Payments is not issued and mailed within fourteen (14) business days ("unpaid amount"), then, for each business day beyond the fourteenth business day that such portion remains unpaid, Cypress shall additionally pay to the Charging Party, in the manner set forth above, an amount equal to the greater of $25 or 0.1% of the unpaid amount.

## POSTING OF NOTICE

8. No later than ten (10) business days after entry of this Decree, Cypress shall post copies of the Notice attached as Exhibit B to this Decree at its Belleville, Illinois facility, on the bulletin boards usually used by Cypress for posting notices directed to employees. The Notice shall remain posted for two (2) years following the entry of this Decree. Cypress shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material. No later than ten (10) business days after entry of this Decree, Cypress shall certify to the EEOC in writing that the Notice has been posted in accordance with this Decree. Cypress shall permit a representative of the EEOC to enter Cypress's premises for purposes of verifying compliance with this Paragraph at any time during normal business hours without prior notice.

## RECORD KEEPING

9. During the period in which this Decree is effective, Cypress shall maintain and make available for inspection and copying by the EEOC written records of every complaint or report by an employee or applicant of disability discrimination or of failure to accommodate a disability. For each such complaint or report, such records shall include: (i) the name of the complaining or reporting person (including social security number, address, and telephone number, if known); (ii) the date of the complaint or report; (iii) a written description of what was alleged or reported; (iv) the names of any witnesses; (v) a written description of the resolution or outcome of the complaint or report, including a description of what actions, if any, Cypress took; (vi) with respect to complaints or reports of failure to accommodate a disability, whether the requested accommodation were granted, granted with modification, or denied, reason(s) for denial if accommodations were denied, and the status of the employee or applicant who sought accommodation; and (vii) if the complaint or report was made in written form, a copy thereof.

10. Cypress shall require personnel within its employ whom the EEOC requests for purposes of verifying compliance with this Decree to cooperate reasonably with the EEOC and to be interviewed, provided that Cypress may have a representative present during interviews of management personnel.

## ADOPTION, POSTING, AND DISTRIBUTION OF POLICY
## AGAINST EMPLOYMENT DISCRIMINATION

11. Cypress shall affirm in writing its policy against employment discrimination ("Policy") within thirty (30) calendar days after the entry of this Decree and shall maintain such Policy for the entire period during which this Decree is effective. Commencing no later than sixty (60) calendar days after the entry of this Decree, Cypress shall distribute a copy of said

Policy to each employee of Cypress. Additionally, for the entire period during which this Decree is effective:

    (a) The policy shall, at a minimum, specifically prohibit all discrimination on the basis of disability against employees or applicants who are qualified individuals with disabilities.

    (b) The policy will also, at a minimum, state that employees and applicants who are disabled are entitled to make complaints or reports of unlawful employment discrimination to Cypress and to the EEOC and that they are entitled to a reasonable accommodation of their disability.

    (c) The policy will also, at a minimum, state that Cypress will take reasonable steps to reasonably accommodate employees and applicants with disabilities, in accordance with the ADA.

    (d) The Policy shall, at a minimum, state that Cypress will investigate thoroughly and promptly all complaints and reports of unlawful employment discrimination from employees and applicants and shall provide that employees who violate the Policy are subject to discipline up to and including discharge.

    (e) Copies of the policy against disability discrimination will be provided to new employees at the time they start work for Cypress and will be provided to applicants upon request.

    Cypress shall forward a copy of the Policy to the EEOC within thirty (30) calendar days of the entry of this Decree. The inclusion of this Paragraph in the Decree does not represent the EEOC's or the Court's approval of the Policy.

TRAINING

    12.    During the period during which this Decree is effective, all of Cypress's

employees, including all supervisors and managers, shall participate in a training session, conducted by a trainer paid for by Cypress and approved by the EEOC, regarding the law pertaining to employment discrimination prohibited by the ADA, including an employer's obligation to provide reasonable accommodations to employees and applicants with disabilities. A registry of attendance shall be maintained for the training session.  Such training shall occur no later than ninety (90) calendar days after the entry of this Decree.

13. Cypress shall obtain the EEOC's approval of its proposed trainer prior to the commencement of the training session described in Paragraph 12.  The EEOC shall not unreasonably withhold its approval.  Cypress shall submit the name, address, telephone number, resume and training proposal of the proposed trainer to the EEOC at least twenty (20) business days prior to the proposed date of each training. The EEOC shall have five (5) business days from the date of receipt of the information described above to accept or reject the proposed trainer.  In the event the EEOC does not approve Cypress's designated trainer, Cypress shall have five (5) business days to identify an alternate trainer.  The EEOC shall have five (5) business days from the date of receipt of the information described above to accept or reject the alternate trainer.  If the parties cannot through this process agree on a trainer, then they may seek the Court's assistance under Paragraph 16.

14. Cypress shall certify to the EEOC in writing no later than five (5) business days after the training session described in Paragraph 12 that the training required by this Decree has taken place and that the required personnel have attended.  The certification of training described in this Paragraph shall include:  (i) the date, location and duration of the training;  (ii) a copy of the registry of attendance, which shall include the name and position of each person trained;  and (iii) copies of any and all pamphlets, brochures, outlines or other written materials provided or

displayed to the personnel attending the training session.

## REPORTING

15. Cypress shall furnish to the EEOC the following written reports semi-annually ("Semi-Annual Report") during the two (2) years following entry of this Decree. The first Semi-Annual Report shall be due six (6) months after entry of the Decree. The three subsequent Semi-Annual Reports shall be due twelve (12), eighteen (18), and twenty-three (23) months after entry of the Decree, respectively. Each such Semi-Annual Report shall contain:

(a) copies of all records described in Paragraph 9 for each complaint or report of disability discrimination or of failure to accommodate a disability that was received by Cypress during the six (6) month period preceding the Semi-Annual Report, or a certification by Cypress that no such complaints or reports were received during that period; and

(b) a certification by Cypress that the Notice required to be posted in Paragraph 8 remained posted properly in each of Cypress's facilities during the entire six (6) month period preceding the Semi-Annual Report.

## DISPUTE RESOLUTION

16. If during the term of this Decree either party to this Decree believes that the other party has failed to comply with any provision(s) of the Decree, the complaining party shall notify the other party of the alleged non-compliance and shall afford the alleged non-complying party ten (10) business days to remedy the non-compliance or to satisfy the complaining party that the alleged non-complying party has complied. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within ten (10) business days, the complaining party may apply to the Court for appropriate relief.

## DURATION OF THE DECREE AND RETENTION OF JURISDICTION

17. All provisions of this Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of two (2) years immediately following the entry of the Decree, provided, however, that if, at the end of the two (2) year period, any disputes under Paragraph 16 remain unresolved, the term of the Decree shall be automatically extended (and the Court will retain jurisdiction of this matter to enforce the Decree) until such time as all such disputes have been resolved.

## MISCELLANEOUS PROVISIONS

18. Each party to this Decree shall bear its own expenses, attorney's fees, and costs.

19. The terms of this Decree are and shall be binding on the present and future directors, officers, managers, agents, successors, and assigns of Cypress. Prior to any sale or other transfer of Cypress's business or sale or other transfer of all or a substantial portion of Cypress's assets, Cypress shall provide to any potential purchaser, potential transferee, or other potential successor: (i) written notice of the existence of this action by the EEOC against Cypress; (ii) written notice of the allegations raised in the Amended Complaint filed in this action; and (iii) a copy of this Decree. Within five (5) business days after the effective date of any such sale or transfer, Cypress shall provide the EEOC a copy of all agreements or other documents effecting the sale or transfer.

20. When this Decree requires a certification by Cypress of any fact(s), such certification shall be made under oath or penalty of perjury by an officer or management employee of Cypress.

21. When this Decree requires the submission by Cypress of reports, certifications, notices, or other materials to the EEOC, they shall be mailed to: Cypress Consent Decree

Compliance, Justin Mulaire, Equal Employment Opportunity Commission, 500 West Madison Street, Suite 2800, Chicago, Illinois 60661, or to such other address as counsel to the EEOC may designate from time to time by giving written notice to Cypress as provided in this paragraph. When this Decree requires submission by the EEOC of materials to Cypress, they shall be mailed to: Neal F. Perryman, Lewis, Rice & Fingersh, L.C., 500 North Broadway, Suite 2000, St. Louis MO 63102, or to such other address as the counsel to Cypress may designate from time to time by giving written notice to the EEOC as provided in this paragraph.

**ENTERED AND APPROVED FOR:**

For the UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois  60661
312-353-7722

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

For **CYPRESS MEDIA, LLC**,
P.O. Box 427
Belleville, Illinois  62222-0427

_____

JAY R. TEBBE
President and Publisher

_____
JOHN C. HENDRICKSON
Regional Attorney

_____
GREGORY GOCHANOUR
Supervisory Trial Attorney

_____
ETHAN M.M. COHEN
Trial Attorney

_____
JUSTIN MULAIRE
Trial Attorney

                    DATE:  _____

                    _____
                    ENTER:
                    The Honorable J. Phil Gilbert
                    United States District Judge

10

**ENTERED AND APPROVED FOR:**

For the UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
312-353-7722

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

JOHN C. HENDRICKSON
Regional Attorney

GREGORY GOCHANOUR
Supervisory Trial Attorney

ETHAN M.M. COHEN
Trial Attorney

JUSTIN MULAIRE
Trial Attorney

For **CYPRESS MEDIA, LLC**,
P.O. Box 427
Belleville, Illinois 62222-0427

_____

JAY R. TEBBE
President and Publisher

DATE: _____

_____
ENTER:
The Honorable J. Phil Gilbert
United States District Judge

10

**ENTERED AND APPROVED FOR:**

| | |
|---|---|
| For the UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois  60661<br>312-353-7722 | For **CYPRESS MEDIA, LLC**,<br>P.O. Box 427<br>Belleville, Illinois  62222-0427<br><br>*/s/ Jay R Tebbe* 6/12/08<br>JAY R. TEBBE<br>President and Publisher |

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel


_____
JOHN C. HENDRICKSON
Regional Attorney


_____
GREGORY GOCHANOUR
Supervisory Trial Attorney


_____
ETHAN M.M. COHEN
Trial Attorney


_____
JUSTIN MULAIRE
Trial Attorney

DATE: _____


_____
ENTER:
The Honorable J. Phil Gilbert
United States District Judge

**ENTERED AND APPROVED FOR:**

For the UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois  60661
312-353-7722

RONALD S. COOPER
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

_____
JOHN C. HENDRICKSON
Regional Attorney

_____
GREGORY GOCHANOUR
Supervisory Trial Attorney

_____
ETHAN M.M. COHEN
Trial Attorney

_____
JUSTIN MULAIRE
Trial Attorney

For **CYPRESS MEDIA, LLC**,
P.O. Box 427
Belleville, Illinois  62222-0427

_____
JAY R. TEBBE
President and Publisher

  **DATE:  June 18, 2008**

  s/ J. Phil Gilbert_____
  **The Honorable J. Phil Gilbert**
  **United States District Judge**

10

## **EXHIBIT A**

## **RELEASE AGREEMENT**

In consideration of $30,000.00 to be paid to me by Cypress Media, LLC in connection with the resolution of <u>EEOC v. Cypress Media, LLC d/b/a Belleville News-Democrat</u>, No. 07 cv 672 (S.D.Ill.), I hereby forever waive my right to recover for any claims — including those based on me being deterred from applying with Cypress Media, LLC, not being extended an offer of employment by Cypress Media, LLC, or otherwise — arising under the Americans with Disabilities Act of 1990 that I had or could have had against Cypress Media, LLC on or before the date of this release and that were included in the EEOC's complaint in <u>EEOC v. Cypress Media, LLC</u>.

Signature:_____     Date: _____
        Terry Walker

**EXHIBIT B**
**NOTICE TO BELLEVILLE NEWS-DEMOCRAT EMPLOYEES**

This Notice is being posted pursuant to a Consent Decree entered by the federal court in the Southern District of Illinois in <u>EEOC v. Cypress Media, LLC d/b/a Belleville News-Democrat</u>, No. 07 cv 672 (S.D.Ill.), resolving a lawsuit filed by the United States Equal Employment Opportunity Commission ("EEOC") against Cypress Media, LLC ("Cypress"), which does business as the Belleville News-Democrat ("News-Democrat").

In the suit, the EEOC alleged that Cypress, violated Title I of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12112(a) and (b).  Cypress filed an answer denying the allegations and asserting several defenses.  Neither party admits the claims or defenses raised by the other party in this action.

To resolve the case, the News-Democrat and the EEOC have entered into a Consent Decree which provides, among other things, that the News-Democrat will make a settlement payment to the individual who was affected by the alleged violations of the ADA.

Additionally, the News-Democrat has agreed to distribute to all employees a copy of its policy prohibiting discrimination and will train all of its employees, including managers and supervisors, regarding prohibited discrimination and the News-Democrat's policy.

Consistent with its nondiscrimination policy, the News-Democrat:

1) will not discriminate against any employee or applicant on the basis of disability; and

2) will not retaliate against any person because he or she makes or files a complaint of discrimination, opposes any discriminatory practice prohibited by the ADA, participates in any ADA proceeding, or asserts any rights under the Consent Decree.

The EEOC is the federal agency that enforces the nation's laws prohibiting discrimination in employment based on race, color, sex (including sexual harassment and pregnancy), religion, national origin, age, disability, and retaliation.  Further information about the EEOC and these laws is available on the EEOC's web site at www.eeoc.gov.  If you believe you have been subjected to unlawful discrimination, you may contact the EEOC by phone at 312-353-8195, or by TTY at 312-353-2421.  The EEOC charges no fees.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**
**This Notice must remain posted for two years from the date below and must not be altered, defaced or covered by any other material.  Any questions about this Notice or compliance with its terms may be directed to: Cypress Media/Belleville News-Democrat Consent Decree, EEOC, 500 West Madison Street, Suite 2000, Chicago, IL  60661.**

| | |
|---|---|
| June 18, 2008 | s/ J. Phil Gilbert |
| **Date** | **Judge J. Phil Gilbert** |
| | **United States District Court** |